UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE PAET,<br><br>　　Petitioner<br><br>v.<br><br>W. REUBART, *et al.*,<br><br>　　Respondents. | Case No. 2:24-cv-01165-APG-NJK<br><br>**Order Directing Petitioner to File Missing *In Forma Pauperis* Application Documents and a New Signature Page for her Petition**<br><br>[ECF No. 1-1] |

　　*Pro se* Petitioner Michelle Paet has filed a Petition for Writ of Habeas Corpus. ECF No. 1-1 ("Petition"). Paet has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. I may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Paet has filed an IFP application and her financial declaration and acknowledgment. ECF No. 1. However, Paet still needs to file her financial certificate and prison account statement. Paet explains that she requested her financial certificate from the NDOC on June 26, 2024. ECF No. 1-3. Paet has until August 30, 2024, to either pay the $5 filing fee or submit these missing IFP documents. Further, Paet did not sign the declaration on

the final page of her Petition. ECF No. 1-1 at 9.  Paet has until August 30, 2024, to file a new signature page.

I THEREFORE ORDER that on or before August 30, 2024, Petitioner Michelle Paet must (1) pay her $5 filing fee or file her missing IFP documents and (2) file a new signature page for her Petition.  Paet's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

I FURTHER ORDER the Clerk of Court to send Paet a blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 so that she may fully complete and return the signature page.

DATED: July 10, 2024

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE