**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PAET,<br><br>    Petitioner<br><br>v.<br><br>W. REUBART, *et al.*,<br><br>    Respondents. | Case No. 2:24-cv-01165-APG-NJK<br><br>**Order Directing Petitioner to Pay Filing Fee**<br><br>[ECF Nos. 1, 4, 5] |

 *Pro se* Petitioner Michelle Paet filed a Petition for Writ of Habeas Corpus. ECF No. 1-1 ("Petition"). On July 10, 2024, I directed Paet to (1) pay her $5 filing fee or file her missing IFP documents and (2) file a new signature page for her Petition. ECF No. 3. Paet timely complied with both requirements, submitting a motion to submit a new signature page and motion to submit financial certificate. *See* ECF Nos. 4, 5. However, based on the current information about Paet's financial status, I find that she can pay the filing fee. As such, I deny Paet's application to proceed *in forma pauperis* and instruct her to pay the filing fee.

 I THEREFORE ORDER that the Motion to Submit New Signature Page and Motion to Submit Financial Certificate **[ECF Nos. 4, 5] are granted**.

 I FURTHER ORDER that the Motion for Leave to Proceed *In Forma Pauperis* **[ECF No. 1] is denied**.

 I FURTHER ORDER that on or before September 30, 2024, Petitioner Michelle Paet must pay her $5 filing fee. Paet's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

DATED: August 13, 2024

                         _____
                         ANDREW P. GORDON
                         UNITED STATES DISTRICT JUDGE