**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PAET, | Case No. 2:24-cv-01165-APG-NJK |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| W. REUBART, et al., | [ECF No. 15] |
| Respondents. | |

Petitioner Michelle Paet has filed an unopposed motion for an extension of time to file her counseled amended petition. ECF No. 15. This is Paet's first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 15] is granted. Paet has up to and including April 2, 2025, to file her amended petition.

Dated: January 3, 2025

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE