**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PAET,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>W. REUBART, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:24-cv-01165-APG-NJK<br><br>**EXTENSION ORDER**<br><br>[ECF No. 19] |

　　Petitioner Michelle Paet has filed an unopposed motion for an extension of time to file her counseled amended petition. ECF No. 19.  This is Paet's second request for an extension of this deadline.  I find that good cause exists to grant the motion.

　　I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 19] is granted.  Paet has up to and including July 1, 2025, to file her amended petition.

　　Dated: April 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE