UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE PAET,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>W. REUBART, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:24-cv-01165-APG-NJK<br><br>**EXTENSION ORDER**<br><br>[ECF No. 21] |

　　　Petitioner Michelle Paet has filed a motion for a 90-day extension of time to file her counseled amended petition. ECF No. 21. This is Paet's third request for an extension of this deadline. I find that good cause exists to grant an extension, but I find that 90 days is too extensive.

　　　I THEREFORE ORDER that the motion for extension of time [ECF No. 21] is granted in part. Paet has up to and including 60 days from the date of this Order to file her amended petition.

　　　Dated: July 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE