**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PAET, | Case No. 2:24-cv-01165-APG-NJK |
| Petitioner, | **EXTENSION ORDER** |
| v. | [ECF No. 23] |
| W. REUBART, et al., | |
| Respondents. | |

Petitioner Michelle Paet has filed a motion for a 90-day extension of time to file her counseled amended petition. ECF No. 23. This is Paet's fourth request for an extension of this deadline. I find that good cause exists to grant the motion, but I warn that future requests for an extension of this deadline will be viewed unfavorably.

I THEREFORE ORDER that the motion for extension of time [ECF No. 23] is granted. Paet has up to and including November 30, 2025, to file her amended petition.

Dated: September 2, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE