UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE PAET, | Case No. 2:24-cv-01165-APG-NJK |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| W. REUBART, et al., | [ECF No. 25] |
| Respondents. | |

Petitioner Michelle Paet has filed a motion for a 120-day extension of time to file her counseled amended petition, explaining that she is being evaluated by an expert at the end of January and will not have that expert's report until late February. ECF No. 25.  This is Paet's fifth request for an extension of this deadline.  Although I previously warned that future requests for an extension of this deadline would be viewed unfavorably, I find that Paet has presented a sufficient basis warranting good cause to grant the motion.

I THEREFORE ORDER that the motion for extension of time [ECF No. 25] is granted. Paet has up to and including March 30, 2026, to file her amended petition.

Dated: December 2, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE