**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PAET, | Case No. 2:24-cv-01165-APG-NJK |
| Petitioner, | **EXTENSION ORDER** |
| v. | [ECF No. 28] |
| W. REUBART, et al., | |
| Respondents. | |

Petitioner Michelle Paet has filed a motion for a 45-day extension of time to file her counseled amended petition, explaining that she was evaluated by an expert on March 4, 2026, and that expert needs additional time to prepare a report. ECF No. 28. This is Paet's sixth request for an extension of this deadline. I find that Paet has presented a sufficient basis warranting good cause to grant the motion.

I THEREFORE ORDER that the motion for extension of time [ECF No. 28] is granted. Paet has up to and including May 14, 2026, to file her amended petition.

Dated: March 31, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE