**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHELLE PAET,

                              Petitioner,

v.

W. REUBART,

                              Respondent.

Case No. 2:24-cv-01165-APG-NJK

**EXTENSION ORDER**

[ECF No. 32]

Petitioner Michelle Paet has filed a motion for a 30-day extension of time to file her counseled amended petition, explaining that an expert completed her report and sent it to counsel on May 12, 2026, but counsel needs additional time to review the report and complete the amended petition. ECF No. 32. This is Paet's seventh request for an extension of this deadline. Respondent has opposed the request. ECF No. 33. I find that Paet has presented a sufficient basis warranting good cause to grant the motion, but I warn that future requests for an extension of this deadline will be viewed unfavorably.

I THEREFORE ORDER that the motion for extension of time [ECF No. 32] is granted. Paet has up to and including June 13, 2026, to file her amended petition.

Dated: May 22, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE