**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PAET,<br><br>                    Petitioner,<br><br>v.<br><br>W. REUBART,<br><br>                    Respondent. | Case No. 2:24-cv-01165-APG-NJK<br><br>**EXTENSION ORDER**<br><br>[ECF No. 35] |

Petitioner Michelle Paet has filed a motion for a 45-day extension of time to file her counseled amended petition, explaining that her counsel recently "had to deal with a serious crisis with one of her children" and "is leaving in less than two days for international travel." ECF No. 35. This is Paet's eighth request for an extension of this deadline. I find that Paet has presented a sufficient basis warranting good cause to grant the motion, but I warn that future requests for an extension of this deadline will be viewed unfavorably.

I THEREFORE ORDER that the motion for extension of time [ECF No. 35] is granted. Paet has up to and including July 30, 2026, to file her amended petition.

Dated: June 25, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE