**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHELLE PAET,

Petitioner,

v.

W. REUBART,

Respondent.

Case No. 2:24-cv-01165-APG-NJK

**EXTENSION ORDER**

[ECF No. 39]

Petitioner Michelle Paet has filed a motion for a 15-day extension of time to file her counseled amended petition, explaining that her "counsel discovered a procedural issue previously missed that needed to be reviewed and analyzed." ECF No. 39. I find that Paet has presented a sufficient basis warranting good cause to grant the motion.

I THEREFORE ORDER that the motion for extension of time [ECF No. 39] is granted. Paet has up to and including August 13, 2026, to file her amended petition.

Dated: August 5, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE