**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHELLE PAET,

Petitioner,

v.

W. REUBART,

Respondent.

Case No. 2:24-cv-01165-APG-NJK

**EXTENSION ORDER**

[ECF No. 41]

Petitioner Michelle Paet has filed a motion for a 15-day extension of time to file her counseled amended petition. ECF No. 41. This is Paet's tenth request for an extension of this deadline. Although I have warned Paet about the extensive number of extension requests in this matter, I find good cause exists to grant the motion given that Paet filed her amended petition on August 27, 2026. ECF No. 43.

I THEREFORE ORDER that the motion for extension of time [ECF No. 41] is granted, *nunc pro tunc*. Paet's amended petition is considered timely filed.

Dated: August 28, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE