**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE PAET,<br>Petitioner,<br>v.<br>W. REUBART,<br>Respondent. | Case No. 2:24-cv-01165-APG-NJK<br>**EXTENSION ORDER**<br>[ECF No. 45] |

Respondent has filed a motion for a 10-day extension of time to file his response to Petitioner Michelle Paet's amended petition. ECF No. 45. This is Respondent's first request for an extension of this deadline. I find good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time [ECF No. 45] is granted. Respondent's response is due November 5, 2026.

Dated: October 27, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE